

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Pergerson Energy, LLC, and Ron Priestly,
Individually, Appellants

No. 06-24-00092-CV        v.

Exzena Oil Corp., Nelson Operating, Inc.,
and David Fry, Appellees

Appeal from the 402nd District Court of
Wood County, Texas (Tr. Ct. No. 2015-
420). Panel consists of Chief Justice
Stevens and Justices van Cleef and Rambin.
Memorandum Opinion delivered by Justice
van Cleef.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed
for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellants and appellees shall each pay one-half of all costs
incurred by reason of this appeal.

RENDERED MARCH 24, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk